IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 10 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

RUTH WILLIAMS, INDIVIDUALLY,
AND AS PARENT AND LEGAL
GUARDIAN OF N. W., A MINOR                              PLAINTIFFS

V.                      CASE NO. 2:22-cv-00141-LPR

ARKANSAS DEPARTMENT OF HUMAN SERVICES
MISCHA MARTIN, IN HER OFFICIAL CAPACITY AS
DIRECTOR OF ARKANSAS DEPARTMENT OF HUMAN
SERVICES JACKSON COUNTY ARKANSAS DIVISION,
AND APRIL STOKES, IN HER OFFICIAL CAPACITY AND
AS AN AGENT ON BEHALF OF THE ARKANSAS
DEPARTMENT OF HUMAN SERVICES JACKSON
COUNTY, ARKANSAS DIVISION                               DEFENDANTS

## COMPLAINT

Comes now Plaintiffs Ruth Williams, Individually and as Parent and Legal Guardian of N. W., a Minor, and for their cause of action against Arkansas Department of Human Services, Jackson County, Arkansas Division, Mischa Martin, in her Official Capacity as Director of Arkansas Department of Human Services, Jackson County, Arkansas Division and April Stokes, In Her Official Capacity As An Agent on Behalf Of Arkansas Department of Human Services, Jackson County, Arkansas Division. Arkansas State Law 6-18-514(a).

### JURISDICTION

1. That the Plaintiffs bring this cause of action pursuant to 42 U.S.C. 1983.

That at all times relevant to this cause-of-action, the Plaintiffs are residents of Jackson

1

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ray

County, Arkansas and are a Citizens of the United States of America. That the Plaintiffs reside at 1219 North Izard Street, Forrest City, Arkansas, 72335.

2.  That at all times relevant to this lawsuit, the Defendant, April Stokes, was a Social Worker of the Arkansas Department of Human Service, Jackson County Division a publicly created and funded entity that provides a variety of resources to Jackson County, Arkansas. That at all times herein alleged, April Stokess, was a decision maker for the Jackson County Department of Human Services.

3.  That individual Defendant Agent, April Stokes, is considered by Arkansas Law a public official, an agent on the behalf of the State of Arkansas.

4.  That the Arkansas Department of Human Services named herein and above are also public officials who take an oath of office to uphold the Constitution of the State of Arkansas; the Constitution of the United States: and to comply with the statutory state and federal requirements of their office. Jurisdiction is also invoked pursuant to Arkansas State Statute 6-18-514(a). Jurisdiction is also invoked pursuant to 42 U.S.C. 1985, and the Fourteenth Amendment to the United States Constitution.

## FACTS

5.  That on or about August 12, 2019, Forrest City Police Department Officer were dispatched to 55 Merrill Circle, #B3, Forrest City, Arkansas, in reference to a sexual assault report. That upon arrival officers made contact with Ruth Williams. Ms. Williams stated that she had two sons that she had adopted, who were blood brothers. That the Plaintiff stated this on July 24, 2019, N.W., the younger brother, told her that K.W., the older brother, had him licking his nipples and kiss him on the mouth.

6. That the Plaintiff stated that she was contacted later that day by DHS and they told Plaintiff that she had to come pick K.W. up or she would be charged with neglect. Plaintiff stated she told them that K.W. would not come back to her home due to what he did to N.W. Plaintiff stated that on or about August 9, 2019, N.W. disclosed to her that K.W. had also pulled out his penis and inserted it into his rectum. When officers asked N.W. about the incident, Plaintiff stated that it happened three different occasions. N.W. told Plaintiff that he was afraid to tell anyone because he would get in trouble and K.W. told him that he would let him watch YouTube if he let him.

7. That the Plaintiff was advised to take N.W. to his family doctor and have him checked for STD and scarring. Officers made contact with the Arkansas Child Abuse Hotline, and a report was made with Kim. That the Plaintiff learned about the incident on or about August 12, 2019, and made a report to the Forrest City Police Department.

8. The Plaintiff Ruth Williams discovered these acts of sexual assault toward N.W. on or about August 12, 2019, and made a report to the Forrest City Police Department.

9. The Plaintiff Ruth Williams further notice over a period of time the Plaintiff, N. W., a minor, daily making complaints to her about K.W., conduct toward him.

10. That the Arkansas Department of Human Services, Jackson County, Arkansas Division and April Stokes, the Social Worker and Agent on the behalf of the Arkansas Department of Human Services, Jackson County, Arkansas Division knew about K.W., prior sexual assaults while living inside another D.H.S. Foster Parent's

home.

11. That after the Plaintiff Ruth Williams discovered that K.W., sexual assaults toward N.W. , she immediately reported it to the Forrest City Police Department.

12. That the Jackson County Department of Human Services knew or should have known about the acts of sexual assault toward N. W., but failed to stop or prevent these acts from occurring.

13. That there is a history of sexual assault by K.W., and and that the Arkansas Department of Human Services, Jackson County Division knew or should have known about these acts, however, the Jackson County Department of Human Services turned a blind eye and showed callous and reckless indifference to the Jackson County Department of Human Services sexual assault policy and Arkansas State law.   That the allegations set forth herein are in violation of the Plaintiff's protected Civil Rights pursuant to 42 U.S.C. 1983.

14. The Defendant the Jackson County Department of Human Services, and April Stokes, an Agent on Behalf of the Arkansas Department of Human Services, Jackson County Division were all aware of these acts of sexual assault before K.W. was placed into Plaintiff's home.   That because Defendant April Stokes, an Agent on Behalf of the Arkansas Department of Human Services, Jackson County Division failed to stop the sexual assault.

## PUNITIVE DAMAGE CLAIM

15. That Plaintiff Ruth Williams, informed the Defendant April Stokes, Agent on behalf of the Jackson County Department of Human Services knew and had

4

knowledge about the sexual assault conduct of K.W., but Defendant, April Stokes failed to take any steps or actions to prevent the conduct.

16. That although Plaintiff, Ruth Williams made several complaints about the sexual assault conduct to the Arkansas Department of Human Services and April Stokes failed to act or protect the Plaintiff, and took action or steps to protect the Plaintiff N.W. That although the Defendants were aware of the sexual assault conduct of the Defendant, April Stokes took no actions to stop the or to protect the Plaintiff, N.W., a minor.

17. That the Defendant April Stokes, an Agent on behalf of the Arkansas Department of Human Services, Jackson County, Arkansas Division failed and refused to take any reasonable steps to protect the Plaintiff, and other similar situated children within the Jackson County Department of Human Services.

19. That as a result of the gross reckless disregard, deliberate indifference for the Plaintiff's safety and reckless conduct of Defendants, Plaintiffs sustained serious mental and emotional harm. That the Defendants were aware and had knowledge of K.W.'s prior sexual history and failed to take any actions to prevent the harm sustained by Plaintiffs.

## REQUEST FOR RELIEF

**WHEREFORE,** the Plaintiffs pray they receive unspecified compensatory damages for mental anguish and emotional distress. In addition, Plaintiffs pray that they receives unspecified compensatory damages for past, present and future pain and suffering for the reckless disregard, deliberate indifference toward Plaintiffs safety by

the Defendants. In addition, Plaintiffs pray that they receive unspecified compensatory damages for past, present and future mental anguish and emotional distress for the reckless disregard, deliberate indifference toward Plaintiffs safety by the Defendants. Plaintiffs seek a reasonable award of attorney's fees, reimbursement for all court cost, and an amount of damages sufficient to satisfy the jurisdictional limits of this court. That the Plaintiff requests payment of all medical bills related the violation of their State and Federal Protected Rights. That Plaintiff, N.W. received care and treatment from Mid South Health Systems due to the sexual assault of the Defendants. The Plaintiffs request reasonable compensation for mental anguish and emotional distress. The Plaintiffs also request reasonable compensation for any permanent, physical or emotional injury sustained as a result of the Defendant's violating their Civil Rights. That Plaintiffs request payment of all medical bills past, present and future. That the Plaintiffs are requesting $1,000,000.00 in punitive damages. That Plaintiffs request the right to amend their complaint upon further investigation and obtaining new evidence. The Plaintiffs request a jury trial.

Respectfully submitted,

By: *Alvin L. Simes*
Alvin L. Simes, P.A., (89-188)
Attorney at Law
P.O. Box 1248
Forrest City, AR 72336-1248
Telephone:  870-633-7961
Facsimile:  870-633-6176
E-mail:  alvsim2@att.net