**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**RUTH WILLIAMS, Individually**                                              **PLAINTIFF**
**and as Parent and Legal Guardian**
**of N.W., a minor**

**v.**                                    **Case No. 2:22-CV-00141-LPR**

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES;**
**MISCHA MARTIN, in her official capacity**
**as Director of Arkansas Department**
**of Human Services Jackson County**
**Division; and**
**APRIL STOKES, in her official capacity**
**as an Agent on behalf of the Arkansas**
**Department of Human Services Jackson**
**County**                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 21st day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE